THE ARGO CORPORATION et al., Appellants, v GREATER NEW YORK MUTUAL INSURANCE COMPANY, Respondent.

Submitted January 18, 2005; decided February 10, 2005

Motion by KeySpan Corporation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.

THE ARGO CORPORATION et al., Appellants, v GREATER NEW YORK MUTUAL INSURANCE COMPANY, Respondent.

Submitted January 31, 2005; decided February 10, 2005

Motion by Athari Law Office for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.

THE ARGO CORPORATION et al., Appellants, v GREATER NEW YORK MUTUAL INSURANCE COMPANY, Respondent.

Submitted January 31, 2005; decided February 10, 2005

Motion by Crucible Materials Corporation et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.

In the Matter of BLOSSOM VIEW NURSING HOME, Appellant, v ANTONIA C. NOVELLO, M.D., as Commissioner of Health of State of New York, et al., Respondents.

Submitted January 18, 2005; decided February 10, 2005